**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JS - 6

| | |
|---|---|
| Hoang Minh Le,<br><br>        Plaintiff,<br><br>   v.<br><br>Don Phan,<br><br>        Defendant(s). | SACV 19-01350JVS(DFMx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: 9/25/2019

                                          _____
                                             James V. Selna
                                        United States District Judge